Edward Martin McKENNA, Sr.,
Plaintiff–Appellant,

v.

R.C. LEE; Jim Godwin; Andy Artola; Judy Chapman; George Lipscomb; Janice Faulkner; Carol Howard; Lynn Phillips; Theodis Beck; John Does 1–34; 3M Company, Defendants–Appellees,

and

Michael F. Easley; Hal F. Askins; Jeffrey R. Edward; Martin T. Malter; Douglas F. Mcintosh; Mark A. Lewis; Susan Freya Olive; Peter L. Olson; Charles Bullock; Finesse Couch; Reginald Mewborn; J. Bake Williams; Gregory T. Wah; Patrick Ballantine, Defendants.

No. 02–1790.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 27, 2002.

Decided Dec. 20, 2002.

Edward Martin McKenna, Sr., Appellant Pro Se. Neil Clark Dalton, James Philip Allen, Office of the Attorney General of North Carolina, Raleigh, North Carolina; James Donald Cowan, Jr., Smith Moore, L.L.P., Greensboro, North Carolina; Shannon R. Joseph, Smith Moore, L.L.P., Raleigh, North Carolina, for Appellees.

Before WILLIAMS, MICHAEL, and DIANA GRIBBON MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Edward Martin McKenna, Sr., appeals the district court's order granting summary judgment to the Appellees and denying relief on his copyright infringement action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See McKenna v. Lee,* No. CA–00–911–BR (E.D.N.C. July 2, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*